IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUAD INT'L., INC., ) | |
| ) | |
| ) | Civil Action No.: 1:12-cv-3645-MHS |
| Plaintiff, ) | |
| v. ) | |
| ) | CORPORATE PARTY |
| JOHN DOE, ) | DISCLOSURE STATEMENT |
| ) | |
| Defendant. ) | |
| ) | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that QUAD INT'L., INC. does not have a parent corporation or any publicly held corporation that owns 10% or more of its stock.

Respectfully Submitted,

Quad Int'l., Inc.

DATED: October 18, 2012

By:   /s/ Jacques Nazaire

Jacques Nazaire, Esq. (Bar No. 142388)
Of Counsel to Prenda Law Inc.
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (415) 325-5900
Facsimile:  (678) 559-0798
Email: nazaire.jacques@gmail.com

*Attorney for Plaintiff*

1