AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Georgia, Atlanta Division<br>75 Spring St. SW - Suite 2211<br>Atlanta, GA 30303 |
|---|---|---|
| DOCKET NO.<br>1:12-cv-03645-MHS | DATE FILED<br>10/19/2012 | |
| PLAINTIFF<br>QUAD INT'L. INC | | DEFENDANT<br>JOHN DOE |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0001802617 | ScoreHD - Tokyo Pick-Up | Quad Int'l., Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001802617
Search Results: Displaying 1 of 1 entries



*ScoreHD - Tokyo Pick-Up.*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001802617 / 2012-08-23 |
| **Application Title:** | ScoreHD - Tokyo Pick-Up. |
| **Title:** | ScoreHD - Tokyo Pick-Up. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Quad Int'l., Incorporated d.b.a The SCORE Group. Address: 1629 NW 84th Avenue, Doral, FL, 33126. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-05-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Quad Int'l., Incorporated d.b.a The SCORE Group., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Quad Int'l., Incorporated<br>SCORE Group. |





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page